Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 17−01149
Chapter: 13
Judge: LaShonda A. Hunt

In Re:
   Ebeid M Alsharifi
   6 Clearwater Court
   Streamwood, IL 60107

   Annette P Alsharifi
   aka Annette P Khan
   6 Clearwater Court
   Streamwood, IL 60107

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5578                                                    xxx−xx−8390

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on October 16, 2017

FOR THE COURT

Dated: October 17, 2017

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 17-01149-LAH
Ebeid M Alsharifi                                                              Chapter 13
Annette P Alsharifi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: froman               Page 1 of 5          Date Rcvd: Oct 17, 2017
                              Form ID: ntcdsm           Total Noticed: 163

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
```
db/jdb         +Ebeid M Alsharifi,    Annette P Alsharifi,    6 Clearwater Court,    Streamwood, IL 60107-2310
25252962      ++++ASPIRE,    9 CORPORATE RIDGE PKWY,    COLUMBUS GA 31907-3049
               (address filed with court: Aspire,     9 Mutec Dr,    Columbus, GA 31907)
25252956       +Advanced Allergists,    455 S. Roselle Rd,    Suite 206,    Schaumburg, IL 60193-2970
25252958       +Alexian Brothers,    c/o Malcom S Gerald & Assoc,    332 S Michigan Ave, Suite 600,
                 Chicago, IL 60604-4318
25252960       +American Eagle Bank,    c/o Kozlov & Bogdanov LLC,    1990 E Algonquin Rd,
                 Schaumburg, IL 60173-4173
25252964       +Atg Credit,    1700 W Cortland St Ste 2,    Chicago, IL 60622-1131
25252972       +BMO Harris Bank,    2401 W. Schaumburg Road,    Schaumburg, IL 60194-3885
25496234       +BMO Harris Bank,    185 W Irving Park Rd,    Streamwood IL 60107-2812
25496235       +BMO Harris Bank, N.A.,    P.O. Box 2035,    Milwaukee, WI 53201-2035
25252971        BMO Harris Financial Advisors Inc,    attn. BHFA Operations,    MC-7 WM,
                 111 W Kilbourn Ave Ste 200,    Milwaukee, WI 53202
25252966        Barclay Card MC,    PO Box 60517,    City of Industry, CA 91716-0517
25252967       +Behavioral Healthcare,    1375 E Schaumburg Rd,    Suite 260,    Schaumburg, IL 60194-3658
25252970        Blue Cross Blue Shield,    300 E Randolph St,    Chicago, IL 60601-5099
25252989      ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court: Choice Recovery,     1550 Old Henderson Rd St,    Columbus, OH 43220)
25252974        Cadence Physician Grp Ortho,    26431 Network Place,    Chicago, IL 60673-1264
25252981       +Central Dupage Hospital,    PO Box 4090,    Carol Stream, IL 60197-4090
25252988        Childrens Surgical Foundation,    777 Oakmont Lane,    Suite 1600,    Westmont, IL 60559-5577
25252990       +Citations Processing Center,    POBox 7200,    Beverly, MA 01915-0096
25252991        City of Chicago,    121 N Clark,    Chicago, IL 60602
25375549       +City of Chicago Department of Finance,    c/o Arnold Scott Harris,    111 W Jackson Blvd Ste 600,
                 Chicago, IL 60604-3517
25252992       +Clyde Myles,    c/o Paul Hardiman,    111 W. Washington Blvd. #1900,    Chicago, IL 60602-2713
25253005       +Crossing Pointe,    220 Hickory St,    Warren, PA 16368-0001
25496238        Direct TV Last,    P.O. Box 6550,    Browns Mills, NJ 08015-5000
25635991       +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
25253006        Enhanced Recovery,    PO Box 23870,    Jacksonville, FL 32241-3870
25496239        Federal State Exhange Unit,    Illinois Department of Revenue,    PO Box 19026,
                 Springfield, IL 62794-9026
25496240        Fitstem Inc,    Midwest Pediatric Endocrinology,    PO BOx 6960,    Villa Park, IL 60181-6960
25253012       +Gilbert House Townhomes,    24675 Gilbert Dr,    Porter, TX 77365-5525
25496241       +Gilbert Townhomes,    24595 Gilbert Dr,    Porter, TX 77365-5588
25253014        Grosskoph Orthopedis,    PO Box 3836,    Carol Stream, IL 60132-3836
25253015       +HCA Healthcare,    500 Medical Center Blvd,    Webster, TX 77598-4220
25253016        HHGregg,    C/O Symphony Bank,    P O Box 105972,    Atlanta, GA 30348-5972
25253017       +Hm Ln Serv,    450 American St,    Simi Valley, CA 93065-6285
25762732        Illinois Department of Revenue Bankruptcy Section,    PO Box 19035,    Springfield, IL 62794-9035
25253019       +Jeffrey H. Jordan,    PO Box 30863,    Gahanna, OH 43230-0863
25537040        Lakeview Loan Servicing LLC,    M&T Bank,    PO Box 840,    Buffalo NY 14240-0840
25496242       +Lifetime,    900 E Higgins Rd,    Schaumburg IL 60173-4716
25253023       +Linebarger Goggan Blair,    PO Box 06152,    Chicago, IL 60606-0152
25253024       +Literary Guild,    PO Box 6348,    Harlan, IA 51593-1848
25253025       +Mckesson Efcu,    1 Post St., Suite 300,    San Francisco, CA 94104-5249
25253026       +Med Business Bureau,    Po Box 1219,    Park Ridge, IL 60068-7219
25253027        Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
25352902       +Midnight Velvet,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
25581915        Midwest Emergency Associates, LLC,    PO Box 1123,    Minneapolis, MN 55440-1123
25253028       +Nationwide Credit & Co,    815 Commerce Dr Ste 270,    Oak Brook, IL 60523-8852
25253029       +Nationwide Credit & Collection,    c/o Evergreen Bank Group,    PO Box 3214,
                 Oak Brook, IL 60522-3214
25496245        Northwestern Medicine,    PO Box 4090,    Carol Stream, IL 60197-4090
25496246       +PNC Bank,    Po Box 856177,    Louisville, KY 40285-6177
25253032        PayPal Smart Connect,    Calvary SPVI, LLC,    506 Summit Lake Dr., Suite 400,
                 Valhalla, NY 10595
25253036       +Radiology Imaging Consultants,    75 Remittance Drive,    Dept 1324,    Chicago, IL 60675-1324
25253041       +Sears Why Not Lease it,    1750 Elm st Suite 1200,    Manchester, NH 03104-2907
25253043       +Slm Financial Corp,    11100 Usa Pkwy,    Fishers, IN 46037-9203
25253046        State Collection Service,    PO Box 6250,    Madison, WI 53716-0250
25496247       +State of Illinois,    Department of Human Services,    401 South Clinton Street,
                 Chicago, IL 60607-3800
25253047       +Suddenlink Communications,    P.O. Box 660365,    Dallas, TX 75266-0365
25496265        TCF National,    C/O Millennium Credit Consultants,    PO Box 18160,
                 West St. Paul, MN 55118-0160
25496233       +Tempo - Sears / Why not lease,    1750 Elm st Suite 1200,    Manchester, NH 03104-2907
25253064       +Tri-state Adjustments,    Attn:Collections/Bankruptcy,    Po Box 3219,    La Crosse, WI 54602-3219
25253065       +Uropartners Chicago,    1011 W Wellington Ave Ste 200,    Chicago, Il 60657-7187
25253068      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,     6565 Brady Street,    Davenport, IA 52806)
```

```
District/off: 0752-1          User: froman                Page 2 of 5                  Date Rcvd: Oct 17, 2017
                              Form ID: ntcdsm             Total Noticed: 163

25496268        Verizon Last,   C/O Sunrise Credit Services, Inc,    PO BOX 9168,    Farmingdale, NY 11735-9168
25253066       +Verizon Wireless,    POBox 4003,    Acworth, GA 30101-9004
25253067       +Vital Recovery Services,    PO Box 923748,    Peachtree Corners, GA 30010-3748
25496273       +Wells Fargo Last,    POBox 10438,    Des Moines, IA 50306-0438
25253071       +West Central Anesthesiology Grp,     8386 Solutions Center,    Chicago, IL 60677-8003
25253074       +Winfield Lab Consultants,    25 Winfield Rd,    Winfield, IL 60190-1222
25253075        Winfield Radiology Consultants, SC,    6910 S. Madison St,    Willowbrook, IL 60527-5504
25253076        Woodforest National Bank,    1205 IL Route 35 South,    Crystal Lake, IL 60014
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25252961        EDI: HNDA.COM Oct 18 2017 00:48:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
25263000        EDI: HNDA.COM Oct 18 2017 00:48:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
25252963       +EDI: CINGMIDLAND.COM Oct 18 2017 00:48:00       AT&T,   c/o Bankruptcy,    1801 Valley View Ln,
                 Dallas, TX 75234-8906
25614321       +EDI: ATTWIREBK.COM Oct 18 2017 00:48:00      AT&T Corp,    % AT&T Services, Inc.,
                 Karen Cavagnaro, Esq.,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
25252957       +E-mail/Text: sbridwell@arscollections.com Oct 18 2017 01:39:05       Advanced Recovery Systems,
                 219 Katherine Drive,    Flowood, MS 39232-9588
25252959       +EDI: GMACFS.COM Oct 18 2017 00:48:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
25427750        EDI: AIS.COM Oct 18 2017 00:48:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
25252968       +EDI: BANKAMER.COM Oct 18 2017 00:48:00      Bk of America,    PO Box 982235,
                 El Paso, TX 79998-2235
25252969       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Blair Corporation,    220 Hickory St,
                 Warren, PA 16366-0001
25252980        EDI: CAPITALONE.COM Oct 18 2017 00:48:00      Capital One Bank Usa Na,    15000 Capital One Dr,
                 Richmond, VA 23238
25252973       +EDI: STFC.COM Oct 18 2017 00:49:00      Cach Llc/Square Two Financial,    Attention: Bankruptcy,
                 4340 South Monaco St.  2nd Floor,    Denver, CO 80237-3485
25252975       +E-mail/Text: bankruptcy@cavps.com Oct 18 2017 01:38:47      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
25252976       +EDI: CAPITALONE.COM Oct 18 2017 00:48:00      Cap1/carsn,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
25252977       +EDI: CAPITALONE.COM Oct 18 2017 00:48:00      Cap1/comp,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
25252978       +EDI: CAPITALONE.COM Oct 18 2017 00:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
25252979       +EDI: CAPONEAUTO.COM Oct 18 2017 00:48:00       Capital One Auto Finance,    3901 N Dallas Pkwy,
                 Plano, TX 75093-7864
25431053        EDI: BL-BECKET.COM Oct 18 2017 00:49:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
25586701       +E-mail/Text: bankruptcy@cavps.com Oct 18 2017 01:38:47      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
25252982       +E-mail/Text: kzoepfel@credit-control.com Oct 18 2017 01:38:15       Central Loan Admin & R,
                 425 Phillips Blvd.,    Ewing, NJ 08618-1430
25252983       +EDI: CHASE.COM Oct 18 2017 00:48:00      Chase - CC,    Po Box 15298,    Wilmington, DE 19850-5298
25252984       +EDI: CHASE.COM Oct 18 2017 00:48:00      Chase - Pier 1,    PO Box 15298,
                 Wilmington, DE 19850-5298
25252985       +EDI: CHASE.COM Oct 18 2017 00:48:00      Chase Bank,    Attn: Bankruptcy Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
25252987       +EDI: CHASE.COM Oct 18 2017 00:48:00      Chase Toys R Us,    Po Box 15298,
                 Wilmington, DE 19850-5298
25375549       +EDI: PHINHARRIS Oct 18 2017 00:49:00      City of Chicago Department of Finance,
                 c/o Arnold Scott Harris,    111 W Jackson Blvd Ste 600,    Chicago, IL 60604-3517
25496236       +E-mail/Text: ering@cbhv.com Oct 18 2017 01:37:49      Collection Bureau of Hudson Valley,
                 PO Box 831,    155 North Plank Road,    Newburgh, NY 12550-1748
25252993       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 18 2017 01:39:22         Comcast,
                 1701 JFK Boulevard,    Philadelphia, PA 19103-2899
25252994        EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity Bank,    C/O Fashion Bug,    PO Box 182273,
                 Columbus, OH 43218-2273
25252996       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity Bank/Lnbryant,    4590 E Broad St,
                 Columbus, OH 43213-1301
25252997       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity Bank/Metro,    Attention; Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
25252995       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity Bank/fashbug,    PO 182789,
                 Columbus, OH 43218-2789
25252998       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity Bank/onestpls,    4590 E Broad St,
                 Columbus, OH 43213-1301
25252999       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity Capital/hsn,    995 W 122nd Ave,
                 Denver, CO 80234-3417
25253000       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity/fashbug,    Po Box 182789,
                 Columbus, OH 43218-2789
25253001       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity/roomplce,    PO Box 182789,
                 Columbus, OH 43218-2789
25253002       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenity/valctyfr,    PO Box 182789,
                 Columbus, OH 43218-2789
```

```
District/off: 0752-1           User: froman                Page 3 of 5                   Date Rcvd: Oct 17, 2017
                               Form ID: ntcdsm             Total Noticed: 163


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25253003       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Comenty Bank/LnBryant,    4590 E Broad St,
                 Columbus, OH 43213-1301
25496237       +EDI: CONVERGENT.COM Oct 18 2017 00:49:00      Convergent Outsourcing,    800 SW 39th St,
                 PO Box 9004,    Renton, WA 98057-9004
25253004       +EDI: CRFRSTNA.COM Oct 18 2017 00:48:00      Credit First N A,    6275 Eastland Rd,
                 Brookpark, OH 44142-1399
25253007       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Fashion Bug/soanb,    1103 Allen Dr,
                 Milford, OH 45150-8763
25253009       +EDI: AMINFOFP.COM Oct 18 2017 00:48:00      First Premier Bank,    Attn: Bankruptcy Dept,
                 601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
25253008       +EDI: AMINFOFP.COM Oct 18 2017 00:48:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
25253010       +EDI: RMSC.COM Oct 18 2017 00:49:00      GECRB/Amazon,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
25253013       +EDI: GMACFS.COM Oct 18 2017 00:48:00      GMAC,    15303 S 94th Ave,    Orland Park, IL 60462-3825
25253011       +EDI: RMSC.COM Oct 18 2017 00:49:00      Genpact Services, LLC,    PO Box 965015,
                 Orlando, FL 32896-5015
25253018       +EDI: IIC9.COM Oct 18 2017 00:49:00      IC System,    Attn: Bankruptcy,
                 444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
25496232       +EDI: IRS.COM Oct 18 2017 00:49:00      IRS,    POBox 7346,    Philadelphia, PA 19101-7346
25496231       +E-mail/Text: rev.bankruptcy@illinois.gov Oct 18 2017 01:38:02       Illinois Dept. of Revenue,
                 Bankruptcy Section,    POBox 64338,    Chicago, IL 60664-0338
25253020       +EDI: HCA2.COM Oct 18 2017 00:49:00      Kingwood Medical Center,    22999 Hwy 59 N,
                 Kingwood, TX 77339-4449
25253021       +EDI: CBSKOHLS.COM Oct 18 2017 00:48:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
25253022       +EDI: WFNNB.COM Oct 18 2017 00:48:00      Lane Bryant Retail/soa,    450 Winks Ln,
                 Bensalem, PA 19020-5932
25253030       +EDI: NAVIENTFKASMSERV.COM Oct 18 2017 00:48:00       Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
25253031       +E-mail/Text: clientservices@northwestcollectors.com Oct 18 2017 01:37:23
                 Northwest Collectors,    3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
25253033        EDI: PRA.COM Oct 18 2017 00:48:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
25253034        EDI: PRA.COM Oct 18 2017 00:48:00      Portfolio Recovery Assoc,    C/O Symphony Bank,
                 120 Corporate Blvd, Ste 100,    Norfolk, VA 23502
25253035        EDI: PRA.COM Oct 18 2017 00:48:00      Portfolio Recovery Associates LLC,
                 120 Corporate Boulevard,    Norfolk, VA 23502
25660270        EDI: PRA.COM Oct 18 2017 00:48:00      Portfolio Recovery Associates, LLC,
                 Successor to SYNCHRONY BANK,    (AMAZON.COM STORE CARD),    POB 41067,    Norfolk, VA 23541
25660251        EDI: PRA.COM Oct 18 2017 00:48:00      Portfolio Recovery Associates, LLC,
                 Successor to SYNCHRONY BANK,    (H H GREGG),    POB 41067,    Norfolk, VA 23541
25660328        EDI: PRA.COM Oct 18 2017 00:48:00      Portfolio Recovery Associates, LLC,
                 Successor to SYNCHRONY BANK,    (VALUE CITY FURNITURE),    POB 41067,    Norfolk, VA 23541
25660267        EDI: PRA.COM Oct 18 2017 00:48:00      Portfolio Recovery Associates, LLC,
                 Successor to SYNCHRONY BANK,    (WAL-MART),    POB 41067,    Norfolk, VA 23541
25610253       +EDI: JEFFERSONCAP.COM Oct 18 2017 00:49:00       Premier Bankcard, LLC,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
25275337        EDI: Q3G.COM Oct 18 2017 00:49:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
25253037       +E-mail/Text: Supportservices@receivablesperformance.com Oct 18 2017 01:40:08
                 Receivables Perfonmance Management,    PO Box 1548,    Lynnwood, WA 98046-1548
25253038       +E-mail/Text: Supportservices@receivablesperformance.com Oct 18 2017 01:40:08
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
25253044        EDI: AGFINANCE.COM Oct 18 2017 00:48:00       Springleaf Financial,    600 N Royal Ave,
                 Evansville, IN 47715
25253045        EDI: NEXTEL.COM Oct 18 2017 00:48:00      Sprint,    PO Box 4191,    Carol Stream, IL 60197
25253039       +EDI: DRIV.COM Oct 18 2017 00:49:00      Santander Consumer USA,    PO Box 961245,
                 Fort Worth, TX 76161-0244
25253040       +EDI: SEARS.COM Oct 18 2017 00:48:00      Sears Bankruptcy Recovery,    PO Box 3671,
                 Des Moines, IA 50323-0671
25253042        E-mail/PDF: clerical@simmassociates.com Oct 18 2017 01:28:43       Simm Associates,    PO Box 7526,
                 Newark, DE 19714-7526
25496248        EDI: CMIGROUP.COM Oct 18 2017 00:48:00      Sudden Link,    C/O Credit Management,
                 4200 International Parkway,    Carrollton, TX 75007-1912
25253051       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/Jcp,    PO Box 965007,    Orlando, FL 32896-5007
25253054       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/Lowes,    Po Box 956005,    Orlando, FL 32896-0001
25253048       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/ashley homestore,    950 Forrer Blvd,
                 Dayton, OH 45420-1469
25253049       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/care credit,    PO Box 965036,
                 Orlando, FL 32896-5036
25253050       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/hh Gregg,    PO Box 965036,
                 Orlando, FL 32896-5036
25253052       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/lenscrafters,    PO Box 965036,
                 Orlando, FL 32896-5036
25253053       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/lord & Tay,    PO Box 965015,
                 Orlando, FL 32896-5015
25253055       +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/meijrd,    PO Box 965005,    Orlando, FL 32896-5005
```

```
District/off: 0752-1            User: froman                 Page 4 of 5                   Date Rcvd: Oct 17, 2017
                                Form ID: ntcdsm              Total Noticed: 163

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25253056      +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/old navy,    PO Box 965005,
               Orlando, FL 32896-5005
25253057      +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/oreck,    950 Forrer Blvd,
               Kettering, OH 45420-1469
25253058      +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/paypal Smart Con,    PO Box 965005,
               Orlando, FL 32896-5005
25253059      +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/qvc,    PO Box 965005,    Orlando, FL 32896-5005
25253060      +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/value City Furni,    950 Forrer Blvd,
               Kettering, OH 45420-1469
25253061      +EDI: RMSC.COM Oct 18 2017 00:49:00      Syncb/walmart,    PO Box 965024,    Orlando, FL 32896-5024
25496264      +EDI: PRA.COM Oct 18 2017 00:48:00       Synchrony Bank,    C/O Portfolio Recovery,
               120 Corporate Blvd.,    Norfolk, VA 23502-4952
25496263      +EDI: PRA.COM Oct 18 2017 00:48:00       Synchrony Bank,    C/O Portfolio Recovery Associates,,
               LLC,    PO Box 12914,    Norfolk, VA 23541-0914
25253062      +EDI: WTRRNBANK.COM Oct 18 2017 00:48:00       TD Bank/Target,    PO Box 673,
               Minneapolis, MN 55440-0673
25253063      +EDI: TFSR.COM Oct 18 2017 00:48:00      Toyota Mtr,    1111 W. 22nd St,    Ste 420,
               Oak Brook, IL 60523-1959
25496266      +EDI: BASSASSOC.COM Oct 18 2017 00:48:00       United Consumer Financial,    Services,
               C/o Bass & Associates,    3936 E Ft Lowell Rd #200,    Tucson, AZ 85712-1083
25496267       EDI: VERIZONWIRE.COM Oct 18 2017 00:48:00       Verizon,    PO Box 660108,    Dallas, TX 75266-0108
25253073      +EDI: WFFC.COM Oct 18 2017 00:48:00      WFFinance,    800 Walnut St,    Des Moines, IA 50309-3504
25496271      +E-mail/Text: crwkflw@firstdata.com Oct 18 2017 01:39:11       Walmart e,
               C/O TRS Recovery Services,    14141 SW Freeway,    Sugar Land, TX 77478-3493
25496272      +EDI: BLUESTEM Oct 18 2017 00:49:00      Webbank,    C/O Portfolio Recovery Associates,,    LLC,
               215 S. State St,    Salt Lake City, UT 84111-2319
25253069      +EDI: BLUESTEM Oct 18 2017 00:49:00      Webbank/fingerhut,    6250 Ridgewood Roa,
               Saint Cloud, MN 56303-0820
25253070      +EDI: WFFC.COM Oct 18 2017 00:48:00      Wells Fargo,    PO Box 25341,    Santa Ana, CA 92799-5341
25253072      +EDI: WFFC.COM Oct 18 2017 00:48:00      Wfds/wds,    PO Box 1697,    Winterville, NC 28590-1697
25496274      +E-mail/Text: ebankruptcy@woodforest.com Oct 18 2017 01:38:53       Woodforest National Bank,
               PO BOx 7889,    The Woodlands, TX 77387-7889
                                                                                              TOTAL: 96

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25252965*     +Atg Credit,    1700 W. Cortland St,    Suite 2,    Chicago, IL 60622-1131
25586702*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
25496275*     +Linebarger Goggan Blair,    PO Box 06152,    Chicago, IL 60606-0152
25496243*     +Mckesson Efcu,    1 Post St., Suite 300,    San Francisco, CA 94104-5249
25496244*      Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
25496276*      Simm Associates,    PO Box 7526,    Newark, DE 19714-7526
25496249*     +Suddenlink Communications,    P.O. Box 660365,    Dallas, TX 75266-0365
25496253*     +Syncb/Jcp,    PO Box 965007,    Orlando, FL 32896-5007
25496256*     +Syncb/Lowes,    Po Box 956005,    Orlando, FL 32896-0001
25496250*     +Syncb/ashley homestore,    950 Forrer Blvd,    Dayton, OH 45420-1469
25496251*     +Syncb/care credit,    PO Box 965036,    Orlando, FL 32896-5036
25496252*     +Syncb/hh Gregg,    PO Box 965036,    Orlando, FL 32896-5036
25496254*     +Syncb/lenscrafters,    PO Box 965036,    Orlando, FL 32896-5036
25496255*     +Syncb/lord & Tay,    PO Box 965015,    Orlando, FL 32896-5015
25496257*     +Syncb/meijrd,    PO Box 965005,    Orlando, FL 32896-5005
25496258*     +Syncb/old navy,    PO Box 965005,    Orlando, FL 32896-5005
25496259*     +Syncb/oreck,    950 Forrer Blvd,    Kettering, OH 45420-1469
25496260*     +Syncb/paypal Smart Con,    PO Box 965005,    Orlando, FL 32896-5005
25496261*     +Syncb/qvc,    PO Box 965005,    Orlando, FL 32896-5005
25496262*     +Syncb/value City Furni,    950 Forrer Blvd,    Kettering, OH 45420-1469
25496269*     +Verizon Wireless,    POBox 4003,    Acworth, GA 30101-9004
25496270*     +Vital Recovery Services,    PO Box 923748,    Peachtree Corners, GA 30010-3748
25252986     ##+Chase Receivables,    PO Box 159,    Hawthorne, NY 10532-0159
                                                                                        TOTALS: 0, * 22, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1              User: froman                Page 5 of 5               Date Rcvd: Oct 17, 2017
                                  Form ID: ntcdsm             Total Noticed: 163
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              Crystal V Sava     on behalf of Creditor    Lakeview Loan Servicing, LLC ccaceres@alolawgroup.com,
               bankruptcy@alolawgroup.com
              David H Cutler     on behalf of Debtor 2 Annette P Alsharifi cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              David H Cutler     on behalf of Debtor 1 Ebeid M Alsharifi cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Marilyn O Marshall     courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg     on behalf of Creditor    Lakeview Loan Servicing, LLC bankruptcy@fallaw.com
                                                                                                    TOTAL: 6
```