UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Ebeid M Alsharifi  
    Annette P Alsharifi  
        Debtor(s)

Case No. 17 B 01149

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2017.

2) The plan was confirmed on 05/22/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/02/2017.

5) The case was Dismissed on 10/16/2017.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,368.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,368.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,191.20 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $111.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,302.48

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advanced Allergists | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| Advanced Allergists | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Advanced Recovery Systems | Unsecured | 1,934.00 | NA | NA | 0.00 | 0.00 |
| Alexian Brothers | Unsecured | 635.35 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Unsecured | 9,116.00 | NA | NA | 0.00 | 0.00 |
| American Eagle Bank | Unsecured | 14,020.86 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 5,000.00 | 7,117.17 | 7,117.17 | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 0.00 | 9,615.68 | 9,615.68 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,027.00 | 2,725.12 | 2,725.12 | 0.00 | 0.00 |
| American InfoSource LP as agent for Dire | Unsecured | 250.00 | 251.09 | 251.09 | 0.00 | 0.00 |
| Aspire | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 1,357.00 | 6,102.10 | 6,102.10 | 0.00 | 0.00 |
| Atg Credit | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| Barclays Bank Card | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 603.00 | 603.97 | 603.97 | 0.00 | 0.00 |
| Behavioral Healthcare | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Bk of America | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Blair Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Blue Cross Blue Shield | Unsecured | 15,000.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Financial Advisors Inc | Unsecured | 235.50 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Unsecured | 3,462.00 | NA | NA | 0.00 | 0.00 |
| Cadence Physician Grp Ortho | Unsecured | 269.37 | NA | NA | 0.00 | 0.00 |
| Cap1/carsn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cap1/comp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,008.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Capital One Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank Usa Na | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| Cavalry SPV I LLC | Unsecured | 748.00 | 748.53 | 748.53 | 0.00 | 0.00 |
| CB OF THE Hudson Valle | Unsecured | 307.79 | NA | NA | 0.00 | 0.00 |
| Central DuPage Hospital | Unsecured | 893.75 | NA | NA | 0.00 | 0.00 |
| Chase - CC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase - Pier 1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 5,063.00 | NA | NA | 0.00 | 0.00 |
| Chase Toys R Us | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Childrens Surgical Foundation | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Citations Processing Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 146.40 | 244.00 | 244.00 | 0.00 | 0.00 |
| Comcast | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/fashbug | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Lnbryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Onestpls | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Capital/hsn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity/fashbug | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity/roomplce | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity/valctyfr | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenty Bank/LnBryant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Convergent Outsourcing | Unsecured | 673.19 | NA | NA | 0.00 | 0.00 |
| Credit First N A | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Crossing Pointe | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 1,406.31 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 2,062.47 | NA | NA | 0.00 | 0.00 |
| Fashion Bug/Soanb | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Federal State Exchange Unit | Unsecured | 1,087.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gilbert House Townhomes | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gmac | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Grosskoph Orthopedis | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| HCA Healthcare | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Hm Ln Serv | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC System | Unsecured | 355.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,087.00 | 1,483.27 | 1,483.27 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 283.60 | 283.60 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 964.00 | 964.10 | 964.10 | 0.00 | 0.00 |
| Kingwood Medical Center | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Lakeview Loan Servicing LLC | Secured | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lakeview Loan Servicing LLC | Secured | 220,000.00 | 215,147.37 | 215,147.37 | 0.00 | 0.00 |
| Lane Bryant Retail/Soa | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Literary Guild | Unsecured | 55.19 | NA | NA | 0.00 | 0.00 |
| Mckesson Efcu | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| Midnight Velvet | Unsecured | 268.45 | 307.79 | 307.79 | 0.00 | 0.00 |
| Midwest Emergency Associates LLC | Unsecured | 0.00 | 1,006.00 | 1,006.00 | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 2,773.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 2,773.08 | NA | NA | 0.00 | 0.00 |
| Navient | Unsecured | 5,969.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PayPal Smart Connect | Unsecured | 827.59 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Assoc | Unsecured | 635.06 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,407.71 | 2,407.71 | 2,407.71 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 1,167.00 | 1,167.87 | 1,167.87 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Portfolio Recovery Associates | Unsecured | 1,022.00 | 1,022.24 | 1,022.24 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 635.06 | 635.06 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 0.00 | 5,063.17 | 5,063.17 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 263.00 | 263.91 | 263.91 | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Receivables Performanc | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sears Bankruptcy Recovery | Unsecured | 1,995.16 | NA | NA | 0.00 | 0.00 |
| Slm Financial Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Suddenlink Communications | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/ashley homestore | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Care Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/HH Gregg | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/lenscrafters | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/lord & Tay | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/lowes | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/meijrd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Old Navy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/oreck | Unsecured | 673.00 | NA | NA | 0.00 | 0.00 |
| Syncb/paypal Smart Con | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Syncb/qvc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD Bank/Target | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Toyota Motor Credit Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tri-state Adjustments | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Uropartners Chicago | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| Vital Recovery Services | Unsecured | 2,106.08 | NA | NA | 0.00 | 0.00 |
| Von Maur | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Fingerhut | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| Webbank/Fingerhut | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| West Central Anesthesiology Grp | Unsecured | 2,884.00 | NA | NA | 0.00 | 0.00 |
| Wfds/wds | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wffinance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Why not lease it | Unsecured | NA | 547.97 | 547.97 | 0.00 | 0.00 |
| Why not lease it | Secured | 2,091.80 | 1,858.27 | 1,310.30 | 65.52 | 0.00 |
| Winfield Lab Consultants | Unsecured | 32.85 | NA | NA | 0.00 | 0.00 |
| Winfield Radiology Consultants, SC | Unsecured | 1,197.60 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $215,147.37 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,310.30 | $65.52 | $0.00 |
| **TOTAL SECURED:** | **$216,457.67** | **$65.52** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,483.27 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,483.27** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,077.08** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,302.48 |
| Disbursements to Creditors | $65.52 |
| **TOTAL DISBURSEMENTS :** | **$2,368.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/19/2018                             By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**